UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Odd Fellows Home Corp., d/b/a Three Links Care Center, | Civil File No.: \_\_\_\_\_ |
| Plaintiff, | Judge: |
| vs. | |
| GuideOne Elite Insurance Company, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF REMOVAL

Defendant GuideOne Elite Insurance Company, an Iowa corporation, by the undersigned counsel, hereby gives notice to Plaintiff and to the state court as follows:

1. Defendant GuideOne Elite Insurance Company is a named Defendant in a civil action now pending in the Third Judicial District, County of Rice, in the State of Minnesota entitled Minnesota Odd Fellows Home Corp., d/b/a Three Links Care Center v. GuideOne Elite Insurance Company.

2. A state court action was commenced against the Defendant, GuideOne Elite Insurance Company, on or about August 19, 2008, by service of process and a copy of the Summons and Complaint upon the Commissioner of Commerce pursuant to Minn. Stat. § 60A.19. Trial has not been had in the state court action.

3. Plaintiff Minnesota Odd Fellows Home Corp. d/b/a Three Links Care Center is a corporation with its principal place of business in the state of Minnesota and Defendant GuideOne Elite Insurance Company is a corporation with its principal place of business in the state of Iowa and, accordingly, diversity of citizenship exists in the present matter.

4. GuideOne Elite Insurance Company is the only named Defendant in this matter and consents to removal to Federal Court.

5. Upon information and belief, the amount in controversy in this matter exceeds Seventy Five Thousand and No/100 Dollars ($75,000.00), exclusive of interest and costs.

6. This Notice of Removal is filed pursuant to 28 U.S.C. § 1441, as the Federal Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

7. Attached as Exhibit A are copies of all process, pleadings and orders served upon Defendant GuideOne Elite Insurance Company in this action.

**WHEREFORE,** notice if hereby given that said action is removed from state court into this court for trial or other determination as this court may make regarding the action in accordance with its jurisdictional limits.

**HANSON LULIC & KRALL, LLC**

Dated: September 9, 2008

By s/Joel W. Zylstra
   Jon A. Hanson (#40915)
   Joel W. Zylstra (#0313907)
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-2530
***Attorney for Defendant***

G:\HLK\20437\Pldgs\NoticeRemovalFedCt.doc