STATE OF MINNESOTA                                              DISTRICT COURT

COUNTY OF RICE                                                  THIRD JUDICIAL DISTRICT

Case Type: Breach of Contract of Insurance

Minnesota Odd Fellows Home Corp.,
d/b/a Three Links Care Center,

    Plaintiff,

    vs.

GuideOne Elite Insurance Company,

    Defendant.

**COMPLAINT**
(Jury Demanded)

Court File No.   NEW

---

**COMES NOW PLAINTIFF** Minnesota Odd Fellows Home Corp. d/b/a Three Links Care Center ("Three Links"), and for its Complaint against Defendant GuideOne Elite Insurance Company ("GuideOne"), states and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. Three Links is a corporation organized under the laws of the State of Minnesota, in good standing, with its principal place of business located at 815 Forest Avenue, Northfield, Rice County, Minnesota 55057.

2. GuideOne is an Iowa corporation with its principal place of business located at 1111 Ashworth Road, West Des Moines, Polk County, Iowa 50265.

3. On information and belief, GuideOne is in the business of writing policies and contracts of insurance for enumerated hazards, and accepting premiums in payment for these policies and contracts.



4. On information and belief, GuideOne is licensed and in all other ways fully authorized to write policies of insurance within the State of Minnesota.

5. GuideOne's registered agent for service of process in Minnesota is the Commissioner of Commerce, pursuant to Minn. Stat. §45.028.

6. This Court has jurisdiction over Defendant GuideOne, and venue is proper in Rice County.

## FACTUAL ALLEGATIONS

7. Three Links and GuideOne entered into a policy of insurance (policy number CPP-9621585) ("the Policy") whereby, in consideration for premium payments, GuideOne agreed to insure and indemnify Three Links from losses occasioned by certain enumerated causes at premises owned at operated by Three Links, to wit: Minnesota Odd Fellows Home, 815 Forest Ave., Northfield, Rice County, MN 55057; Minnesota Odd Fellows Housing for the Elderly, 805 Forest Ave., Northfield, Rice County, MN 55057; Park Ridge Apartments, 905 Forest Ave., Northfield, Rice County, MN 55057; and Millstream Commons, 210 West 8th Street, Northfield, Rice County, MN 55057 ("the Insured Premises"). A true and correct copy of the Policy is attached hereto and marked as **Exhibit A**.

8. One of the causes enumerated in the Policy was loss due to hail damage.

9. At all times herein, premiums due and payable to GuideOne pursuant to the Policy were paid by Three Links.

10. It is specifically alleged that premiums were current as of August 24, 2006, and remain current as of the date of this Complaint.



2

11. On August 24, 2006, a hail storm hit the Insured Premises, causing extensive structural and cosmetic damage to the buildings, and loss of personal property.

12. As a direct and proximate result of the hail damage, the Insured Premises sustained extensive damage, including damage to real and personal property.

13. Plaintiff Three Links provided adequate and prompt notice of the loss to Defendant, in accordance with the terms and conditions of the Policy.

14. GuideOne refused and still refuses, as of the date of this Complaint, to indemnify Three Links for all loss sustained to the Insured Premises as a proximate and direct result of the hail damage.

15. Upon the demand of Three Links, the parties conducted an appraisal at the Insured Premises on August 14, 2008.

16. Following appraisal, and as of the date of this Complaint, Defendant GuideOne has failed to make payment for all loss and damage sustained to the Insured Premises, as a result of the hail storm on August 24, 2006.

## COUNT I – BREACH OF CONTRACT

17. Paragraphs 1 through 16 are realleged and incorporated herein by reference as if fully set forth.

18. Based on the facts alleged above, GuideOne has breached the terms of the Policy by failing to insure and/or otherwise indemnify Three Links from all loss and damage sustained to the Insured Premises, as a result of the hail storm on August 24, 2006.



19. As a direct and proximate result of said breach of contract, Three Links has incurred damage in an amount to be shown at trial, but in an amount of not less than $50,000.00.

20. All conditions precedent to Three Links' right to recover under this count have been met, satisfied, waived, or otherwise excused by Defendant.

**WHEREFORE**, Plaintiff Three Links prays for judgment in its favor, and against the Defendant GuideOne, as follows:

a. Judgment for money damages in an amount to be shown at trial, but not less than $50,000.00;

b. Interest, costs, disbursements and reasonable attorneys' fees;

c. Other damages as set forth by law and deemed just in the premises;

d. For such other and further relief as the Court deems just and equitable.

Dated this _19th_ day of August, 2008.

HVISTENDAHL, MOERSCH
& DORSEY, P.A.

BY: _/s/ David Hvistendahl_
David Hvistendahl (# 048604)
Mary L. Hahn (# 309370)
311 South Water Street
P.O. Box 651
Northfield, MN 55057
(507) 645-9358
*Attorneys for Plaintiff*



Plaintiff, through its attorneys, hereby acknowledges that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. § 549.211 to the party against whom the allegations in this pleading are asserted.

*David Hvistendahl*

David Hvistendahl, Esq./Mary L. Hahn, Esq.
Attorneys for Plaintiff